UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-414 |
| MELVIN ANDREWS | * | SECTION: "G" (2) |

* * *

### JUDGMENT

Defendant, Melvin Andrews, was served with the summons and complaint and failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired, and a default has been entered against Melvin Andrews according to law. Therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that there be judgment in favor of the United States of America and against Melvin Andrews in the sum of $9,826.08, plus interest accruing on $4,210.60 at the interest rate established by the Department of Education pursuant to 20 U.S.C. § 1077 from December 14, 1999, to date of judgment; interest accruing on $1,246.76 at the rate of 8 percent per annum or the daily rate of $0.27 from December 14, 1999, to date of judgment, interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961, and the costs of this proceeding.

New Orleans, Louisiana, this 12th day of April, 2000.

DATE OF ENTRY
APR 1 2 2000

LORETTA G. WHYTE, Clerk
CLERK, UNITED STATES DISTRICT COURT

By _____
Deputy Clerk