♠AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__EASTERN__    District of    __LOUISIANA__

UNITED STATES OF AMERICA

V.

MELVIN ANDREWS

**BILL OF COSTS**

Case Number: 00-414 "G"(2)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 APR 14 A 11: 31
LORETTA G. WHYTE
CLERK

Judgment having been entered in the above entitled action on __4/12/2000__ against __Melvin Andrews.__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | 80.30 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 20 00 |
| **TOTAL** | **$ 250.30** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

DATE OF ENTRY
MAY 8 2000

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed  A copy of this bill was mailed today with postage prepaid to:   Melvin Andrews

Signature of Attorney: _[signature]_

Name of Attorney: ENRID A. FRANCIS, AUSA

For:    PLAINTIFF, USA                                      Date:  4/14/00
Name of Claiming Party

Please take notice that I will appear before the clerk who will tax said costs on the following day and time.    Date and Time    5/4/00    3:30 P.M

Costs are taxed in the amount of _____ and included in the judgment.

_[signature] Loretta G. Whyte_    By: 5/5/00
Clerk of Court                          Deputy Clerk