FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 24 PM 5:18

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**October 24, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0414** |
| **MELVIN ANDREWS** | * | **SECTION: "G"(2)** |

### HEARING ON MOTIONS

APPEARANCE(S):   VIA TELEPHONE: Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

      Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office called to inform the court that the United States Marshals Service has been unable to serve Mr. Andrews, but will try at a later date. Ms. Alford indicated that the judgment debtor motion set for hearing before the Magistrate Judge on October 31, 2001, at 11:00 a.m. is moot. Accordingly, the motion is **DISMISSED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY

OCT 2 5 2001