FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 16  AM 11: 24

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**April 15, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 00-0414** |
| **MELVIN ANDREWS** | * | **SECTION: "G"(2)** |

### HEARING ON MOTIONS

APPEARANCE(S):    VIA TELEPHONE: Ms. Rosanne Alford, Debt Collection Agent, United
States Attorney's Office

MOTION(S):

(1)    MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

Ms. Rosanne Alford, Debt Collection Agent, United States Attorney's Office called this day to inform the court that the judgment debtor, Melvin Andrews, has sent in the requested financial information. Subsequently, Ms. Alford indicated that the judgment debtor examination scheduled for Wednesday, April 15, 2002, at 11:00 a.m. is deemed **SATISFIED.**

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY
APR 1 6 2002